USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jesus Rivera,

            Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An initial pretrial conference in this matter is currently tentatively scheduled for Thursday, July 23, 2020 at 11:00 A.M. Dkt. No. 19. In light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant is willing to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Rivera, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than July 17, 2020. See Standing Order 20-MC-174 (Mar. 27, 2020) (discussing electronic signatures).

      SO ORDERED.

Dated: July 7, 2020
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge

Case 1:20-cr-00304-AJN   Document 19   Filed 07/09/20   Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                  -v-                                    **WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

Jesus Rivera,

                              Defendant.                    20-cr-304 (AJN)

-------------------------------------------------------------X

**Check Proceeding that Applies**

\_\_\_\_      Conference

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date:          _____
                 Signature of Defendant

                _____
                 Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date:          _____
                 Signature of Defense Counsel

                _____
                 Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:     _____
          Signature of Defense Counsel


**Accepted:**   _____
                Signature of Judge
                Date:

2