USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Jesus Rivera,

Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

An initial pretrial conference in this matter is hereby scheduled for July 20, 2020 at 12:00 P.M. The conference will be conducted telephonically. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

As requested, defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the sentencing proceeding begins (i.e., at 11:45 A.M.); defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

SO ORDERED.

Dated: July 17, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge