```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

       –v–

Jesus Rivera,

       Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A remote conference in this matter is scheduled for the week of November 16, 2020. As soon as the information is available, the Court will provide the exact date and time of the conference.

SO ORDERED.

Dated: November 6, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge