```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Jesus Rivera.

Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Defendant's letter motion requesting release. Dkt. No. 42. The Court orders the Government to respond by February 4, 2021.

SO ORDERED.

Dated: February 3, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1