UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Jesus Rivera.

Defendant.

13-cr-777 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

After considering both of the parties' submissions, the Court denies Defendant's request for bail. The Court has already determined that Defendant poses a risk of danger to the community and Defendant has not demonstrated that there are any conditions that would reasonably assure the safety to the community if he were released, even temporarily.

SO ORDERED.

Dated: February 5, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1