**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street
Tel:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/21

*David E. Patton*
Executive Director
and Attorney-in-Chief

February 17, 2021

**By ECF**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jesus Rivera*, 20 Cr. 304 (AJN)

Honorable Judge Nathan:

I write with the consent of the Government to respectfully request that the sentencing hearing currently scheduled in the above-captioned matter for Tuesday, March 2, 2021 be adjourned for approximately 30 days to a time and date convenient to the Court.

This adjournment is requested because, as of the time of this writing, Mr. Rivera and counsel require additional time to review the Presentence Investigation Report. I have discussed this matter with Assistant United States Attorney Sarah Kushner, who consents to this request on behalf of the Government.

Thank you for considering this request

Respectfully submitted,

SO ORDERED.

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
2/18/21

/s/ Christopher A. Flood
Christopher Flood, Esq.
Assistant Federal Defender
Federal Defenders of New York
(212)417-8734

Cc:   AUSA Sarah Kushner (*by ECF*)

The sentencing hearing is adjourned to April 2, 2021 at 1:30 P.M. The Court also grants defense counsel an extension of time to comply with the instructions in the Court's February 16, 2021 Order, Dkt. No. 47, from February 20, 2021 to March 1, 2021.