UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Jesus Rivera.

Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing hearing in this matter is scheduled for April 2, 2021 at 1:30 P.M. The Court has ordered defense counsel to confer with Defendant regarding whether Defendant prefers an in-court sentencing and if he consents to a videoconference if an in-person sentencing is not available on that date and inform the Court by March 1, 2021. *See* Dkt. No. 47, 49. Defense counsel has not done so. Defense counsel has until March 8, 2021, to comply with the Court's Order or explain why additional time is needed.

SO ORDERED.

Dated: March 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge