```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

　　　　　–v–

Jesus Rivera,

　　　　　　　Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　The Court has received the Defendant's request for the sentencing to proceed in person. The Court has requested to arrange an in-person sentencing hearing in this case on April 2, 2021 at 1:30 P.M.

　　To comply with the Southern District of New York's procedures for in-person proceedings during the COVID-19 pandemic, the Court requires an accurate count of the total number of people who will likely attend the proceeding. By March 22, 2021, the parties should submit a joint letter identifying all counsel who will participate in the proceeding and providing an estimate of the number of other people who will be in attendance.

　　Please keep in mind that, due to measures to ensure the safety of all those attending the sentencing in light of the COVID-19 pandemic, seating space in the courtroom is very limited. Space in the courtroom will largely be limited to the parties and counsel, with a few socially-distanced seats in the gallery available to family members of the Defendant and any victims. An overflow courtroom will be set up where a limited number of additional people may safely watch and hear the proceeding through a video feed. The Court will also set up an audio dial-in number through which all interested parties may listen to the proceeding remotely by telephone.

The Court will issue a separate order with the dial-in number once it is available. For the safety of all, the Court encourages all parties interested in the proceeding to take advantage of the remote dial-in option. The Court will invite counsel to indicate who is present on the phone line and the Court will deem that the equivalent of being present in the courtroom.

SO ORDERED.

Dated: March 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge