UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Jesus Rivera.

Defendant.

20-cr-304 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing hearing scheduled in this matter for April 2, 2021 at 1:30 will occur in person in Courtroom 906 of the Thurgood Marshall United States Court House located at 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: March 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1